UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


**MARANATHA CHRISTIAN CHURCH**
**OF AMERICA, INC.**


**V.**                                    **Civil Action No. 13-10280-DJC**


**BETO MORAES, ET AL**



## <u>ORDER OF RECUSAL</u>

CASPER, J.

        I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. section 455.

SO ORDERED.




                                        /s/ Denise J. Casper
                                        Denise J. Casper
                                        U.S. District Judge


 Date:  March 11, 2013